**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**



RECEIVED

2025 NOV 24   AM 10: 07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

YELLOW CORPORATION, et al.,

   Debtors.

Chapter 11

Case No. 23-11069 (CTG) (Jointly Administered)

**YELLOW CORPORATION, et al., Plaintiffs,**

v.

**ROADRUNNER MOBILE TRUCK REPAIR INC., Defendant.**

Adversary Proceeding No. 25-51625

----:----------------------------------------

**DEFENDANT'S ANSWER, OBJECTION, AND COUNTERCLAIM TO COMPLAINT**

I. The Parties Filing This Answer

Roadrunner Mobile Truck Repair Inc.

PO Box 751093

Petaluma, CA 94975

Telephone: (707) 480-6172

E-mail: kandicecota@gmail.com; roadrnr313@aol.com

## II. Answer and Defenses to the Complaint

1. Defendant denies that any transfers received from Plaintiffs constitute avoidable transfers under 11 U.S.C. §§ 547 or 548.

2. Defendant admits that it provided legitimate mobile truck repair services to Yellow Corporation in the ordinary course of business.

3. Defendant denies the remaining allegations of the Complaint and demands strict proof thereof.

4. Defendant denies that Plaintiff is entitled to any recovery under 11 U.S.C. § 550 or disallowance of claims under § 502(d).

## III. Defenses

- Failure to State a Claim: The Complaint fails to state a claim upon which relief can be granted.

- Ordinary Course of Business: Any transfers were made in the ordinary course of business and are protected under 11 U.S.C. § 547(c)(2).

- New Value Defense: Defendant subsequently provided new value to the Debtors after any alleged transfers, as defined by § 547(c)(4).

- Contemporaneous Exchange: Any payments were contemporaneous exchanges for new value given.

- Laches and Statute of Limitations: Plaintiff's claims are barred in whole or in part by laches or applicable limitation periods.

## IV. Objection to Procedures Motion (D.I. 7539)

Defendant elects to proceed on the discovery-first track under Exhibit C to the Procedures Motion.

## V. Counterclaim

Defendant asserts a counterclaim against Plaintiffs for unpaid invoices and related damages:

1. Plaintiffs owe Defendant the sum of $23,768 for unpaid invoices related to truck repair and maintenance services duly rendered by Defendant prior to the petition date.

2. Plaintiffs further owe Defendant $11,275 in legal fees and costs incurred as a direct result of this proceeding and the defense of this action.

3. Defendant demands judgment against Plaintiffs in the total amount of $35,043, together with interest, attorneys' fees, and such other and further relief as this Court deems just and proper.

## VI. Certification and Closing

I certify under Rule 11 that this Answer, Objection, and Counterclaim is filed in good faith and not for the purpose of delay.

Dated: November 17, 2025

/s/ Kandice Cota

Kandice Cota

Roadrunner Mobile Truck Repair Inc.

PO Box 751093

Petaluma, CA 94975

Email: kandicecota@gmail.com | roadrnr313@aol.com

## CERTIFICATE OF SERVICE

I, Kandice Cota, certify that on November 17, 2025, I caused a true and correct copy of the foregoing

Defendant's Answer and Objection to Complaint to be served on the following parties in the manner indicated below:

Laura Davis Jones, Esq. / Timothy P. Cairns, Esq.

Pachulski Stang Ziehl & Jones LLP

919 North Market Street, 17th Floor

Wilmington, DE 19801

☑ CM/ECF

Edward E. Neiger, Esq.

ASK LLP

60 East 42nd Street, 46th Floor

New York, NY 10165

☑ CM/ECF

Office of the United States Trustee

844 King Street, Suite 2207, Lockbox 35

Wilmington, DE 19801

☑ U.S. Mail

Dated: November 17, 2025

/s/ Kandice Cota

Kandice Cota

Roadrunner Mobile Truck Repair Inc.

PO Box 751093

Petaluma, CA 94975

Email: kandicecota@gmail.com, roadrnr313@aol.com

Visit **UPS.com**

**Apply shipping documents on this side.**

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedited®

UPS Ground
UPS Standard
UPS 3 Day Select®

Do not use this envelope for:

U.S.M.S
X-RAY

ROADRUNNER MOBILE TRUCK REPAIR, INC
(323) 350-2098
THE UPS STORE #6118
145 CORTE MADERA TOWN CTR
CORTE MADERA CA 94925-1285

0.2 LBS LTR
SHP WT: LTR
DATE: 20 NOV 2025

SHIP   USA BANKRUPTCY COURT FOR DELAWARE
TO:    ADVERSARY PROCEEDING NO. 25-51625
       3RD FLOOR
       824 N MARKET ST

## WILMINGTON DE 19801-3024



DE 197 9-25

**UPS 2ND DAY AIR**

TRACKING #: 1Z 900 1XF 02 3319 0393

2

BILLING: P/P

 SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

MMYP755B38Y00 ISH 13.00C BIXOLON S 42.5V 10/2025
RRD R 1025

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

010195101  05/21  TG  United Parcel Service

...tter rate, UPS Express® envelopes may only contain ...gent documents, and/or electronic media, and must weigh ...press envelopes containing items other than those listed ...han 8 oz. will be billed by weight.

...uments of no commercial ...velope ...documents. Visit ...tries ...ified as a document. ...weigh 8 oz. or less. ...by weight.

...tems.

...n. ...cas...

g Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established r the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on nternational Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported dance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

The UPS Store RFID Label
Tracking #
1Z9001XF023319 0393